1 | ROBERT W. FREEMAN
Nevada Bar No. 03062
2 | Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
3 | Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
TEL: 702.893.3383
6 | FAX: 02.893.3789
*Attorneys for Defendant*
7 | *Curt H. Sundell, Jr.*

```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              JUN 0 8 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURT H. SUNDELL, JR.<br><br>Defendants. | CASE NO. 3:18-cv-0215-HDM-VPC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)** |

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that the time for Defendant to file his response to Plaintiff's Complaint (ECF No. 1), said response being due on June 6, 2018, be extended until July 6, 2018.

### Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading. This stipulation

...
...
...
...
...
...

4846-8882-2103.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant's response to Plaintiff's Complaint.

| Dated this 5th day of June 2018. | Dated this 5th day of June 2018. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | U.S. ATTORNEY'S OFFICE – DISTRICT OF NEVADA |
| /s/ *Robert W. Freeman*<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 03062<br>Cheryl A. Grames, Esq.<br>Nevada Bar No. 12752<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant* | /s/ *Holly A. Vance*<br>Dayle Elieson, Esq.<br>Holly A. Vance, Esq.<br>100 West Liberty Street<br>Suite 600<br>Reno, Nevada 89501<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated this 8th day of June, 2018.

_____
United States Magistrate Judge