1 | ROBERT W. FREEMAN
Nevada Bar No. 03062
2 | Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
3 | Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
TEL:   702.893.3383
6 | FAX:   02.893.3789
*Attorneys for Defendant*
7 | *Curt H. Sundell, Jr.*

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA, NORTHERN DIVISION**

10 | **\*\*\***

11 | UNITED STATES OF AMERICA,

12 | Plaintiff,

13 | vs.

14 | CURT H. SUNDELL, JR.

15 |

16 | Defendants.

CASE NO. 3:18-cv-0215-HDM-VPC

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**

**(SECOND REQUEST)**

17 | COME NOW the parties, by and through their undersigned counsel of record, and hereby

18 | stipulate and agree that the time for Defendant to file his response to Plaintiff's Complaint (ECF

19 | No. 1), said response being due on July 6, 2018 (*See* ECF No. 6), be extended until August 6,

20 | 2018.

21 | **Reason for Extension**

22 | Due to the complexity of the claims and issues alleged in Plaintiff's Complaint, Defendant

23 | continues to need additional time to file a response to Plaintiff's Complaint. Additionally, the

24 | parties are in settlement discussions, which, if successful, would obviate the need for Defendant to

25 | respond to the Complaint.

26 | / / /

27 | / / /

28 | / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1   This stipulation is made in good faith and not for the purpose of unnecessarily delaying

2   these proceedings.  This is the second extension of time requested by counsel for filing

3   Defendant's response to Plaintiff's Complaint.

4   Dated this 5th day of July 2018.                    Dated this 5th day of July 2018.

5   LEWIS BRISBOIS BISGAARD & SMITH LLP        U.S. ATTORNEY'S OFFICE – DISTRICT OF
                                                NEVADA
6
    */s/ Cheryl A. Grames*                      */s/ Holly A. Vance*
7   Robert W. Freeman, Esq.                      Dayle Elieson, Esq.
    Nevada Bar No. 03062                         Holly A. Vance, Esq.
8   Cheryl A. Grames, Esq.                       Bruce R. Thompson Federal Building and U.S.
    Nevada Bar No. 12752                         Courthouse, District of Nevada
9   6385 S. Rainbow Blvd., Suite 600             400 South Virginia Street, Ste. 900
    Las Vegas, Nevada 89118                      Reno, Nevada 89501
10  *Attorneys for Defendant*                    *Attorneys for Plaintiff*

11

12                                              **ORDER**

13      IT IS SO ORDERED.

14   Dated this 11th day of July, 2018.

15

16

17                                              United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP