ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 02.893.3789
*Attorneys for Defendant
Curt H. Sundell, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CURT H. SUNDELL, JR.<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-0215-HDM-VPC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**(THIRD REQUEST)** |

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that the time for Defendant to file his response to Plaintiff's Complaint (ECF No. 1), said response being due on August 6, 2018 (*See* ECF No. 8), be extended until September 13, 2018.

**Reason for Extension**

As set forth in the parties' prior request (ECF Nos. 7 and 8), the parties are in settlement discussions. These discussions continue and, if successful, would obviate the need for Defendant to respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

4835-1691-8639.1

This stipulation is made in good faith and not for the purpose of unnecessarily delaying these proceedings. This is the third extension of time requested by counsel for filing Defendant's response to Plaintiff's Complaint.

Dated this 6th day of August 2018.                                    Dated this 6th day of August 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP        U.S. ATTORNEY'S OFFICE – DISTRICT OF NEVADA

 /s/ Cheryl A. Grames                                              /s/ Holly A. Vance
Robert W. Freeman, Esq.                                       Dayle Elieson, Esq.
Nevada Bar No. 03062                                           Holly A. Vance, Esq.
Cheryl A. Grames, Esq.                                          Bruce R. Thompson Federal Building and U.S.
Nevada Bar No. 12752                                           Courthouse, District of Nevada
6385 S. Rainbow Blvd., Suite 600                         400 South Virginia Street, Ste. 900
Las Vegas, Nevada 89118                                     Reno, Nevada 89501
*Attorneys for Defendant*                                    *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated this 6 day of August 2018.

_____
U.S. DISTRICT JUDGE

4835-1691-8639.1                                                           2