ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 02.893.3789
*Attorneys for Defendant
Curt H. Sundell, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

***

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cv-0215-HDM-VPC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| CURT H. SUNDELL, JR. | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between PLAINTIFF UNITED STATES OF AMERICA ("Plaintiff") and DEFENDANT CURT H. SUNDELL, JR. ("Defendant"), by and through their respective counsel, that all of Plaintiff's claims and causes of action

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 19th day of April 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ *Cheryl A. Grames* 
Robert W. Freeman, Esq.
Nevada Bar No. 03062
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

Dated this 19th day of April 2019.

U.S. ATTORNEY'S OFFICE – DISTRICT OF NEVADA

 /s/ *Holly A. Vance* 
Nicholas A. Trutanich, Esq.
Holly A. Vance, Esq.
Bruce R. Thompson Federal Building and U.S. Courthouse, District of Nevada
400 South Virginia Street, Ste. 900
Reno, Nevada 89501
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 22 day of April 2019.

_____
U.S. DISTRICT COURT JUDGE

2